AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**CALVIN WRIGHT**<br><br>*Defendant* | )<br>)<br>) Case No. 23-CR-442-4<br>)<br>)<br>)<br>) |

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **CALVIN WRIGHT**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)(vi), 841(b)(1)(C)
(Conspiracy to Distribute and Possess with Intent to Distribute Four Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Fentanyl)

21 U.S.C. §§ 860(a), 841(a)(1), and 841(b)(1)(C) (Unlawful Distribution of a Detectable Amount of Fentanyl within 1000 Feet of a School) and 18 U.S.C. § 2 (Aiding and Abetting)

Date: 01/24/2024

*Issuing officer's signature:* 2024.01.24 16:56:50 -05'00'

City and state: WASHINGTON, D.C.

G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 1-24-24, and the person was arrested on *(date)* 1-25-2024
at *(city and state)* WASHINGTON DC.

Date: 1-25-2024

*Arresting officer's signature*

Joshua H. Bpp   Special Agent
*Printed name and title*